# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Vigil Contracting, Inc. | )  ASBCA No. 58391 |
| | ) |
| Under Contract No. W912L5-11-C-0002 | ) |

APPEARANCES FOR THE APPELLANT:  Charles M. Asmar, Esq.
David A. Edelstein, Esq.
  Asmar, Schor & McKenna PLLC
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
MAJ Ildiko Szentkiralyi, JA
Brian E. Bentley, Esq.
CPT Anthony F. Schiavetti, JA
  Trial Attorneys

## ORDER OF DISMISSAL

The parties having advised the Board that they have settled this appeal, and having furnished the Board with a copy of their settlement agreement, this appeal is hereby dismissed with prejudice, subject to reinstatement only in the event that the agreed settlement is not consummated.

Dated: 5 September 2014

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58391, Appeal of Vigil Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals